# THE BENDAU LAW FIRM, PLLC

# Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Luis E. Lopez**, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**JWE Enterprises, Inc.**, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-00481-SPL<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR FLSA SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE** |

　　　The Court having reviewed the Parties' Joint Motion for FLSA Settlement Approval and Dismissal with Prejudice, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED approving the Motion and dismissing this matter with prejudice.

　　　IT IS FURTHER ORDERED that this Court shall retain jurisdiction for the purposes of interpreting, implementing, and enforcing the Parties' Settlement Agreement and all orders and judgments entered in connection with it.

　　　DATED this _____ Day of _____, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Steven P. Logan