IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis E. Lopez,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JWE Enterprises, Inc., et al.,<br><br>　　　　　　Defendants. | No.   CV-17-00481-PHX-SPL<br><br>**ORDER** |

On February 14, 2017, Plaintiff brought a collective action complaint for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"). (Doc. 1.) The parties have notified the Court that they have reached a final settlement that resolves this action, and have filed a joint motion requesting that the Court approve their settlement agreement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); *Seminiano v. Xyris Enter., Inc.*, 602 Fed. App'x. 682, 683 (9th Cir. 2015) (unpublished). Having considered the parties' filings, and finding the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA,

**IT IS ORDERED:**

1. That the parties' Joint Motion for FLSA Settlement Approval (Doc. 25) is **granted**;

2. That the Court **approves** the parties' Collective Action Settlement Agreement and Release (Doc. 25-2, Exh. B);

3.      That this action is **dismissed with prejudice**, with each party to bear its own attorneys' fees, costs and expenses, except as expressly provided in the Collective Action Settlement Agreement and Release (Doc. 25-2, Exh. B); and

4.      That the Clerk of Court shall **terminate** this case and enter judgment accordingly.

Dated this 22nd day of February, 2018.

_____
Honorable Steven P. Logan
United States District Judge